BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JOHN A. ROLFF,<br><br>　　　　　　Respondent. | Case No. 1:11-cv-00430-LJO-SMS<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>Date:  Friday, May 13, 2011<br>Time:  9:30 a.m.<br>Ctrm:  6 (Honorable Michael J. Seng) |

　　　Upon review of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition by the United States of America and Revenue Officer Lorena Ramos (collectively, "Petitioner"),

　　　IT IS HEREBY ORDERED that Respondent, JOHN A. ROLFF, appear before United States Magistrate Judge Michael J. Seng, in Courtroom No. 6, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, May 13, 2011, at 9:30 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on March 16, 2010, and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

///

1   IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause,
2 together with one copy each of the Verified Petition to Enforce Internal Revenue Service
3 Summons and the Memorandum of Points and Authorities filed in support of the petition, shall
4 be served upon Respondent on or before April 8, 2011 , unless such service cannot be made
5 despite reasonable efforts.  If Petitioners are unable to serve Respondent despite making
6 reasonable efforts to do so, the documents may be served by any other means of service
7 permitted by Federal Rules of Civil Procedure 4(e) or petitioners may request a court order
8 granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5).

9   IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this
10 Order to Show Cause and accompanying papers, Respondent shall file and serve a written
11 response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate
12 declaration(s), as well as any motions the Respondents desire to make.  The United States may
13 file a reply.  Only issues raised by the written response and supported by declaration(s) will be
14 considered on the return date of this Order, and any uncontested allegations in the Verified
15 Petition to Enforce Internal Revenue Service Summons will be deemed admitted.

16   IT IS HEREBY FURTHER ORDERED that if the summons is ordered to be enforced,
17 the Court shall retain jurisdiction to enforce its order by its contempt power.

19 IT IS SO ORDERED.
20 Dated:   March 26, 2011            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SHOW CAUSE RE: ENFORCEMENT OF  INTERNAL REVENUE SERVICE SUMMONS