BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cv-00430-LJO-SMS |
|---|---|
| Petitioner, | ) **ORDER TO SHOW CAUSE RE:** |
|  | ) **CIVIL CONTEMPT OF ORDER** |
| v. | ) **ISSUED JUNE 10, 2011** |
|  | ) Date: Thursday, November 17, 2011 |
| JOHN A. ROLFF, | ) Time: 8:30 a.m. |
|  | ) Ctrm: 4 (Honorable Lawrence J. O'Neill) |
| Respondent. | ) |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer LORENA RAMOS, it is hereby:

ORDERED that the respondent, JOHN A. ROLFF, appear before United States District Judge Lawrence J. O'Neill, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Thursday, November 17, 2011, at 8:30 o'clock a.m., and that respondent show cause as follows:

1. Why respondent, JOHN A. ROLFF, should not be held in civil contempt of this Court for his failure to comply with the Order issued June 10, 2011, directing respondent to comply with the I.R.S. Summons issued on March 12, 2010.

1        2.  Why the respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

         IT IS FURTHER ORDERED that no later than 14 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Issued June 10, 2011.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

         Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

         IT IS SO ORDERED.

**Dated:**   October 3, 2011            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE