IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-0430 LJO SMS |
| Petitioner, | **ORDER TO APPEAR BEFORE REVENUE OFFICER** |
| vs. | |
| JOHN A. ROLFF, | |
| Respondent. | |

This Court conducted a November 17, 2011 hearing to address why respondent John A. Rolff ("Mr. Rolff") should not be held in civil contempt for failure to comply with a June 10, 2011 order to comply with a Internal Revenue Service ("IRS") summons, issued on March 12, 2010. Petitioner United States of America ("Government") appeared by Assistant U.S. Attorney Yoshinori Himel and IRS Revenue Officer Lorena Ramos ("Revenue Officer Ramos"). Mr. Rolff appeared for himself.

Based on the parties' stipulation and good cause, this Court ORDERS Mr. Rolff to appear before Revenue Officer Ramos on December 1, 2011 at 10 a.m. at her office at 2525 Capitol Street, Fresno, CA 93721 and to produce documents and records subject to the IRS summons.

IT IS SO ORDERED.

**Dated:   November 17, 2011**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1