BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Petitioner, United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cv-00430-LJO-SMS |
| ) | |
| Petitioner, ) | **PETITIONER'S NOTICE OF** |
| ) | **COMPLIANCE; ORDER** |
| v. ) | **CLOSING FILE** |
| ) | |
| JOHN A. ROLFF, ) | |
| ) | |
| Respondent. ) | |
| ) | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons enforced here. The case can and should be closed.

DATED: February 22, 2012          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                    By:    /s/ YHimel
                           YOSHINORI H. T. HIMEL
                           Assistant United States Attorney

## ORDER

Upon petitioner's recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:     February 22, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE