BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Petitioner, United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cv-00430-LJO-SMS |
| Petitioner, | ) | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | ) | |
| JOHN A. ROLFF, | ) | |
| Respondent. | ) | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons enforced here. The case can and should be closed.

DATED: February 22, 2012            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                        By:   */s/ YHimel*
                                    YOSHINORI H. T. HIMEL
                                    Assistant United States Attorney

## ORDER

Upon petitioner's recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

**Dated:   February 22, 2012**            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE